DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. JONES

   No. 9 PC.

   Case below: 24 N.C. App. 280.

   Petition for writ of certiorari to North Carolina Court of Appeals denied 6 May 1975.

STATE v. McCREE

   No. 73 PC.

   Case below: 25 N.C. App. 115.

   Petition for writ of certiorari to North Carolina Court of Appeals denied 6 May 1975.

STATE v. OWEN

   No. 60 PC.

   Case below: 24 N.C. App. 598.

   Petition for writ of certiorari to North Carolina Court of Appeals denied 6 May 1975.

STATE v. PEASLEE

   No. 59 PC.

   Case below: 24 N.C. App. 695.

   Petition for writ of certiorari to North Carolina Court of Appeals denied 6 May 1975.

STATE v. SIMPSON

   No. 87 PC.

   Case below: 25 N.C. App. 176.

   Petition for writ of certiorari to North Carolina Court of Appeals denied 6 May 1975.